**Louis H. Pink, Appellant, v. Abe Chinskey, Defendant Below. Joseph J. Merensky et al., Intervening Petitioners. U. S. Fidelity and Guaranty Company, Appellee.**

**Gen. No. 40,606.**

Heard in second division, first district, at February term, 1939; opinion filed December 27, 1939. Clarence W. Shaver, for appellant; Louis E. Levinson, of counsel; Robertson, Crowe & Spence, for appellee; Eugene P. Kealy, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''